## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**JOHN W. STILL and DIANA L. STILL,**               **PLAINTIFFS**

**vs.**                              **NO. 04-5112**

**SISTERS OF MERCY HEALTH SYSTEM,**
**MERCY HEALTH SYSTEM OF NORTHWEST**
**ARK., INC., ST. MARY-ROGERS MEMORIAL**
**HOSPITAL, INC., JEFF AUDIBERT, M.D., P.A. AND**
**JEFF AUDIBERT, M.D.; GRAVETTE MEDICAL**
**CENTER HOSPITAL, GRAVETTE MEDICAL**
**ASSOCIATES, LTD., and FRANK WEBB, M.D.,**               **DEFENDANTS**

### ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties stipulating that the Complaint of Plaintiffs should by dismissed by the Court,

IT IS THEREFORE ORDERED AND ADJUDGED, that the Complaint in this case, be and it is hereby, dismissed without prejudice.

SO ORDERED this 10th day of July, 2006.

                                                       _/s/ Garnett Thomas Eisele_____
                                                       UNITED STATES DISTRICT JUDGE