# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

JOHN W. STILL and DIANA L. STILL,　　　　　　　　　　PLAINTIFFS

vs.　　　　　　　　　　　　　　　　　NO. 04-5112

SISTERS OF MERCY HEALTH SYSTEM,
MERCY HEALTH SYSTEM OF NORTHWEST
ARK., INC., ST. MARY-ROGERS MEMORIAL
HOSPITAL, INC., JEFF AUDIBERT, M.D., P.A. AND
JEFF AUDIBERT, M.D.; GRAVETTE MEDICAL
CENTER HOSPITAL, GRAVETTE MEDICAL
ASSOCIATES, LTD., and FRANK WEBB, M.D.,　　　　　DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties stipulating that the Complaint of Plaintiffs should by dismissed by the Court,

IT IS THEREFORE ORDERED AND ADJUDGED, that the Complaint in this case, be and it is hereby, dismissed without prejudice.

SO ORDERED this 10th day of July, 2006.

　　　　　　　　　　　　　　　　　　　_/s/ Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE